# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
King, Kenneth Shihai                            §      Case No. 07-13907 MG
King, Yien Koo                                  §
                                                §
                 Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Marianne T. O'Toole, As Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on               , and it was converted to chapter 7 on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Marianne T. O'Toole, As Trustee _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARIANNE T. O"TOOLE, CHAPTER 7 TR | | | | | |
| MARIANNE T. O'TOOLE, CHAPTER 7 TRUS | | | | | |
| MARIANNE T. O'TOOLE, TRUSTEE | | | | | |
| MARIANNE T. O'TOOLE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| International Sureties, Ltd. | | | | | |
| CLERK OF THE COURT | | | | | |
| OFFICE OF THE UNITED STATES TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SILVERMANACAMPORA LLP | | | | | |
| SILVERMAN ACAMPORA LLP | | | | | |
| PARITZ & COMPANY | | | | | |
| DAVID R. MALTZ & CO., INC. | | | | | |
| DAVID R. MALTZ & CO., INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DUFFY ATKINS | | | | | |
| DUFFY ATKINS | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charles Brenner 34 Crestwood Drive Maplewood, NJ  07040 | | | | | |
| | George Fan 120 Central Park South New York, NY  10019 | | | | | |
| | Lynn King Jian Guo West Road, Lane 91, Bldg 3, Apt Shanghai, China, | | | | | |
| | Raymond King 2884 New Cumberland Road Portland, OR  97210 | | | | | |
| 5 | GIBSON, DUNN & CRUTCHER LLP | | | | | |
| 3 | MCLAUGHLIN & STERN, LLP | | | | | |
| 1 | PHILLIPS NIZER LLP | | | | | |
| 1 -2 | PHILLIPS NIZER LLP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | THE LAW FIRM OF HUGH H. MO, P.C. | | | | | |
| 6 | ETHEL GRIFFIN AND ANDREW WANG | | | | | |
| 7 | SK WANG AND ANDREW WANG | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| Case No: | 07-13907    MG    Judge: Hon. Martin Glenn | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|
| Case Name: | King, Kenneth Shihai | Date Filed (f) or Converted (c): | 05/28/08 (c) |
| | King, Yien Koo | 341(a) Meeting Date: | 07/01/08 |
| For Period Ending: 07/12/12 | | Claims Bar Date: | 07/31/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Apartment 190 East 72 Street, New York, NY (W) | 1,200,000.00 | 1,200,000.00 | | 1,375,000.00 | FA |
| 2. Apartment, Shang Hai, China (W) | 300,000.00 | 300,000.00 | DA | 0.00 | FA |
| 3.  Cash on hand (H) | 276.00 | 0.00 | DA | 0.00 | FA |
| 4.  Cash on hand (W) | 154.00 | 0.00 | DA | 0.00 | FA |
| 5. Citibank Checking Acct. #0035 42nd & Madison (J) | 0.00 | 0.00 | DA | 0.00 | FA |
|     *Current Account Frozen | | | | | |
| 6. Citibank Checking Acct.# 5208 171 E. 72nd St (W) | 0.00 | 0.00 | DA | 0.00 | FA |
|     *Current Account Frozen | | | | | |
| 7. 2 wood file cabinet (J) | 120.00 | 0.00 | DA | 0.00 | FA |
| 8. 5 meditation platform (J) | 150.00 | 0.00 | DA | 0.00 | FA |
| 9. 6 dining chairs (J) | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 10. 8 wood stools (J) | 400.00 | 0.00 | DA | 0.00 | FA |
| 11. built-in bookcase (J) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12. built-in showcase (J) | 400.00 | 0.00 | DA | 0.00 | FA |
| 13. convertable sofa (J) | 400.00 | 0.00 | DA | 0.00 | FA |
| 14. danish buffet (J) | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 15. glass dining table (J) | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 16. hanging bookcase (5) (J) | 300.00 | 0.00 | DA | 0.00 | FA |
| 17. hi fi cabinet (J) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 18. hi fi stereo system (J) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 19. hi-fi stereo (small) (J) | 200.00 | 0.00 | DA | 0.00 | FA |
| 20. lacquer chest (J) | 300.00 | 0.00 | DA | 0.00 | FA |
| 21. leather lounge chair and stool (J) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 22. metal bed Queen Size (J) | 400.00 | 0.00 | DA | 0.00 | FA |
| 23. metal desk (J) | 300.00 | 0.00 | DA | 0.00 | FA |
| 24. metal hanging cabinet (J) | 200.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 07-13907    MG    Judge: Hon. Martin Glenn | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|
| Case Name: | King, Kenneth Shihai | Date Filed (f) or Converted (c): | 05/28/08 (c) |
| | King, Yien Koo | 341(a) Meeting Date: | 07/01/08 |
| | | Claims Bar Date: | 07/31/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. plastic waterfall (J) | 200.00 | 0.00 | DA | 0.00 | FA |
| 26. Sony 20" Television 2000 (J) | 300.00 | 0.00 | DA | 0.00 | FA |
| 27. Sony 50" Television 1992 model (J) | 200.00 | 0.00 | DA | 0.00 | FA |
| 28. wood built-in credenza (J) | 500.00 | 0.00 | DA | 0.00 | FA |
| 29. wood chairs (5) (J) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 30. wood chest (J) | 600.00 | 0.00 | DA | 0.00 | FA |
| 31. wood chests set of 2 (J) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 32. wood parson table (J) | 200.00 | 0.00 | DA | 0.00 | FA |
| 33. wool rug (J) | 50.00 | 0.00 | DA | 0.00 | FA |
| 34. 2 prints (J) | 400.00 | 0.00 | DA | 0.00 | FA |
| 35. 33 borneo native carvings (J) | 500.00 | 0.00 | DA | 0.00 | FA |
| 36. books & catalogs (300) (J) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 37. CD & IP Records (300) (J) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 38. ceramics (18) created by Yien Koo (J)     Value is an estimate | 400.00 | 0.00 | DA | 0.00 | FA |
| 39. chinese bronzes (6) (J) | 600.00 | 0.00 | DA | 0.00 | FA |
| 40. chinese paintings (40) value is an estimate (J) | 2,000,000.00 | 0.00 | DA | 0.00 | FA |
| 41. chinese pottery pieces (12) (J) | 800.00 | 0.00 | DA | 0.00 | FA |
| 42. Misc ceramics (6) value is an estimate (J) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 43. Paintings (40) by Joint Debtor's father (J)     value is an estimate | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 44. Wardrobe (J) | 10,394.00 | 0.00 | DA | 0.00 | FA |
| 45. 2 fur jackets (W) | 800.00 | 0.00 | DA | 0.00 | FA |
| 46. 24 pieces costume jewelry (W) | 720.00 | 0.00 | DA | 0.00 | FA |
| 47. Wedding Ring 18k (W) | 400.00 | 0.00 | DA | 0.00 | FA |
| 48. CC Wang Charitable Remainder Unit Trust (W) | 36,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.06b

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:    3

Exhibit 8

| | |
|---|---|
| Case No: | 07-13907    MG    Judge: Hon. Martin Glenn |
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |

| | |
|---|---|
| Trustee Name: | Marianne T. O'Toole, As Trustee |
| Date Filed (f) or Converted (c): | 05/28/08 (c) |
| 341(a) Meeting Date: | 07/01/08 |
| Claims Bar Date: | 07/31/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49. CC Wang Charitable Remainder Unit Trust, (W)  Trustee Fee 2007 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 50. Summary Judgment New Pacific Overseas Group(H) | 1,000,000.00 | 0.00 | DA | 0.00 | FA |
| 51. Summary Judgment Ruth Reardon (W) | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 52. King et. al. v. Wang Libel and Defamation (J)  NYS Supreme Court (pending) | 0.00 | 0.00 | DA | 0.00 | FA |
| 53. King v. Wang Estate dispute  (J)  Manhattan Surrogate (pending) | 0.00 | 0.00 | DA | 0.00 | FA |
| 54. Settlement of Philip Nizer Adversary 08-01386 | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 55. Trustee's Turnover Claims in Adversary 08-01264 | 0.00 | 200,000.00 | | 200,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,432.99 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,890,964.00 | $1,725,000.00 | $1,602,432.99 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/28/08-Order signed granting motion to convert Chapter 11 case to Chapter 7.

5/29/08-Marianne T. O'Toole appointed as Trustee

5/30/08-Application to employ Silverman Acampora as counsel for the Trustee

6/04/08-Scheduling Order signed on 6/4/08 Adjourning Hearing on the First and Final Application of Duffy & Atkins LLP

for Allowance of Fees

6/10/08-Order signed granting application to employ Silverman Acampora as counsel for the Trustee

6/10/08-Application to employ David R. Maltz & Co., Inc. as Auctioneer for estate to conduct a sale of Debtors'

FORM1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-13907    MG    Judge: Hon. Martin Glenn | Trustee Name: | Marianne T. O'Toole, As Trustee |
| Case Name: | King, Kenneth Shihai | Date Filed (f) or Converted (c): | 05/28/08 (c) |
| | King, Yien Koo | 341(a) Meeting Date: | 07/01/08 |
| | | Claims Bar Date: | 07/31/08 |

cooperative apartment and certain personal property free and clear of liens.

6/11/08-Motion to set last day to file proofs of claim of Chapter 11 administrative claim or interests

6/13/08-Order signed granting motion to set last day to file proof of claim (by 7/31/08).

6/13/08-Adversary proceeding filed against Kenneth Shihai King, Yien Koo King, et al., Case No. 08-01264.

6/17/08-Order granting Trustee a restraining order and injunction in Adv. Proceeding.  Debtors to provide an itemization

of the property listed on Schedule B in the form of a sworn statement by June 20, 2008.

6/27/08-Order authorizing the Trustee to retain David R. Maltz & Co. as Auctioneer for the Estate

7/02/08-Request for Bar Date in Chapter 7

7/15/08-Notice of Possible Payment of Dividends and of Last Date to File Claims (by 10/14/08)

7/16/08-Hearing on First and Final Application of Duffy & Atkins for Allowance of Fees and Disbursements adjourned to

July 23, 2008

7/24/08-Order Granting First Interim Application of Duffy & Atkins for Allowance of Fees and Disbursements

8/05/08-Order Directing the Examination of HSBC Bank, USA by an Authorized Officer with Knowledge of the Debtors'

Business Transactions and for the Production of Documents

8/7/08-Adversary Proceeding filed Phillips Nizer LLP v. King, 08-01386 (MG).  Pretrial Conference to be held 9/25/08 at

2:00 p.m.

8/11/08-Application for Entry of Order Directing 2004 Examination of Authorized Officer of American Express

8/12/08-PTC in Adv. Proc. O'Toole v. King, 08-01264 adjourned to September 25, 2008.   Order signed granting Application

for 2004 Exam of Authorized Officer of American Express

8/18/08-Written opinion of Judge Glenn Denying Final Application but Granting Interim Application for Allowance of Fees

and Disbursements

8/26/08-Second Summons and Notice of Pretrial Conference on 10/15/08 at 10:00 a.m. in Adv. Proc.  Phillips Nizer LLP v.

King

9/17/08-David R. Maltz received Deposit with respect to coop.

9/26/08-Application for an Order Approving the Sale of Coop.  Presentment date:  October 3, 2008

10/03/08-Order Approving the Sale of the Coop

11/02/08-Application to Employ Paritz & Co. as Accountants for the Trustee and Estate

11/18/08-Order Authorizing Retention of Paritz & Co. as Accountant for the Trustee

11/21/08-Trustee's Motion for Order Authorizing a First Interim Distribution to Claimants with Allowed Claims Against

the Estate.  Hearing Date:  December 17, 2008

12/17/08-Stipulation and Order Reducing claim Number 4 Filed by the Law firm of Hugh H. Mo, P.C.  So Ordered by Judge

Glenn

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-13907    MG    Judge: Hon. Martin Glenn | Trustee Name: | Marianne T. O'Toole, As Trustee |
| Case Name: | King, Kenneth Shihai | Date Filed (f) or Converted (c): | 05/28/08 (c) |
| | King, Yien Koo | 341(a) Meeting Date: | 07/01/08 |
| | | Claims Bar Date: | 07/31/08 |

12/23/08-Notice of Appeal filed by Ethel J. Griffin, the New York County Public Administrator, and Andrew Wang from the
December 22, 2008 Memorandum Decision and Order denying the Appellants' Motion to deem claims timely filed.

1/02/09-Designation of Contents filed by Appellant New York County Public Admin. and Andrew Wang

1/12/09-Counter-Designation on Appeal by Appellee Trustee filed.

6/4/09-Notice of Abandonment of all of the Trustee's right, title and interest in and to the Debtors' interest in the
Surrogate's Court Action.

05/31/09 -- Appeal pending to USDC by creditor re allowance of claim

08/31/09 -- Appeal pending

10/2/09 -- Appeal pending

2/1/10-Letter to the Court confirming next status conference in Adv. Proc. Phillips Nizer LLP v. King and Adv. Proc.
O'Toole v. King will be held 4/14/10 at 2:00 p.m.

8/1/2010 -- Still cannot close waiting for decision on appeal by Estates Court Administrator

1/7/11-Memorandum and Order of the District Court affirming the decision of the Bankruptcy Court.

8/10/10-Order Granting Discharge of Debtors

1/7/11-Order that the decision of the Bankruptcy Court is Affirmed.

7/14/11 - Requests for Counsels fee application

7/15/11 - Request for Clerks Charges

Initial Projected Date of Final Report (TFR): 12/31/09          Current Projected Date of Final Report (TFR): 09/15/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13907 -MG | | Trustee Name: | Marianne T. O'Toole, As Trustee |
| Case Name: | King, Kenneth Shihai | | Bank Name: | The Bank of New York Mellon |
| | King, Yien Koo | | Account Number / CD #: | *******2965  Money Market Account |
| Taxpayer ID No: | *******4403 | | | |
| For Period Ending: | 07/12/12 | | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312194142965 | Wire in from JPMorgan Chase Bank, N.A. account 312194142965 | 9999-000 | 55,382.95 | | 55,382.95 |
| | | | Wire in from JPMorgan Chase Bank, N.A. account 312194142965 | | | | |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 10.61 | | 55,393.56 |
| 07/06/10 | 011002 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/06/2010 FOR CASE #07-13907, Bond Premium Term June 19, 2010 through June 19, 2011 | 2300-000 | | 55.72 | 55,337.84 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 11.77 | | 55,349.61 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.2500% | 1270-000 | 11.75 | | 55,361.36 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 55,362.72 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,364.13 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 55,365.49 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,366.90 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,368.31 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 55,369.58 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,370.99 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 55,372.35 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,373.76 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 55,374.21 |
| 07/12/11 | 011003 | INTERNATIONAL SURETIES, LTD. 701POydras Street SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2011 FOR CASE #07-13907, Bond # 016030120 Ch 7 Blanket Bond SDNY Term 6/19 to 6/19/12 | 2300-000 | | 24.69 | 55,349.52 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 55,349.99 |
| 08/31/11 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.45 | | 55,350.44 |
| 09/01/11 | | Transfer to Acct #*******3162 | Bank Funds Transfer | 9999-000 | | 55,350.44 | 0.00 |

Page Subtotals    55,430.85    55,430.85

Ver: 16.06b

Page:    2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13907  -MG |
|---|---|
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |
| Taxpayer ID No: | *******4403 |
| For Period Ending: | 07/12/12 |

| Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2965  Money Market Account |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 55,430.85 | 55,430.85 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 55,382.95 | 55,350.44 | |
| | | | Subtotal | | 47.90 | 80.41 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 47.90 | 80.41 | |

Page Subtotals                0.00                0.00

Ver: 16.06b

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-13907 -MG | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|
| Case Name: | King, Kenneth Shihai | Bank Name: | The Bank of New York Mellon |
| | King, Yien Koo | Account Number / CD #: | *******2966  Checking Account |
| Taxpayer ID No: | *******4403 | | |
| For Period Ending: | 07/12/12 | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 0.00 | 0.00 | 0.00 |
| | Less:  Bank Transfers/CD's | | | 0.00 | 0.00 | |
| | Subtotal | | | 0.00 | 0.00 | |
| | Less:  Payments to Debtors | | | | 0.00 | |
| | Net | | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 07-13907 -MG | Trustee Name: | Marianne T. O'Toole, As Trustee |
| Case Name: | King, Kenneth Shihai | Bank Name: | JPMorgan Chase Bank, N.A. |
| | King, Yien Koo | Account Number / CD #: | *******2965  Money Market Account |
| Taxpayer ID No: | *******4403 | | |
| For Period Ending: | 07/12/12 | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/08 | 1 | David R. Maltz & Co., Inc 155 Terminal Drive Plainview, NY  11803 | Deposit Recived from Successful Bidder, Raymond King DEPOSIT CHECK #29795 | 1110-000 | 120,000.00 | | 120,000.00 |
| 10/14/08 | 1 | Silverman Perlstein & Acampora LLP  IOLA 100 Jericho Quadrangle, Suite 300 Jericho, NY  11753 | Proceeds due on Bill of Sale od Apt DEPOSIT CHECK #4351 | 1110-000 | 1,255,000.00 | | 1,375,000.00 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 413.62 | | 1,375,413.62 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 497.07 | | 1,375,910.69 |
| 12/18/08 | | To Acct #*******2966 | Pursuant to Proposed Interim Distribution Orders | 9999-000 | | 119,046.36 | 1,256,864.33 |
| 12/23/08 | | To Acct #*******2966 | For Interim Distributions Pursuant to Order dated December 23, 2008 | 9999-000 | | 975,000.00 | 281,864.33 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 326.96 | | 282,191.29 |
| 01/07/09 | | To Acct #*******2966 | Per January 6, 2008 Order Awarding Interim Commissions to Trustee  Less 10% holdback and commissions on payment of Duffy & Atkins | 9999-000 | | 50,366.92 | 231,824.37 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 39.69 | | 231,864.06 |
| 02/01/09 | | To Acct #*******2966 | Pursuant to Order dated January 29, 2009 granting Duffy & Atkins Final Fee Application  Pursuant to Order dated January 29, 2009 granting Duffy & Atkins Final Fee Applic | 9999-000 | | 27,444.03 | 204,420.03 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 31.60 | | 204,451.63 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 35.78 | | 204,487.41 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 33.55 | | 204,520.96 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 32.44 | | 204,553.40 |
| 06/18/09 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 167.18 | 204,386.22 |

Page Subtotals  1,376,410.71  1,172,024.49

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13907 -MG |
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |
| Taxpayer ID No: | *******4403 |
| For Period Ending: | 07/12/12 |

| | |
|---|---|
| Trustee Name: | Marianne T. O'Toole, As Trustee |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2965  Money Market Account |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 CARONDELET STREET | BALANCE AS OF 06/18/2009 FOR CASE | | | | |
| | | SUITE 500 | #07-13907, Invoice dated June 15, 2009 Term | | | | |
| | | NEW ORLEANS, LA  70130 | 6/19/09 TO 06/19/10 | | | | |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 35.80 | | 204,422.02 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 34.66 | | 204,456.68 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 34.66 | | 204,491.34 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 33.55 | | 204,524.89 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 36.64 | | 204,561.53 |
| 11/17/09 | | Chase | Retroactive equalization of Interest Rates by Chase | 1270-000 | 522.16 | | 205,083.69 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 43.44 | | 205,127.13 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 43.49 | | 205,170.62 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 40.69 | | 205,211.31 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 39.30 | | 205,250.61 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 46.32 | | 205,296.93 |
| 04/26/10 | | To Acct #*******2966 | To make distributions authorized by April 15, 2010 Orders | 9999-000 | | 149,963.46 | 55,333.47 |
| 04/30/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 36.99 | | 55,370.46 |
| 05/28/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 10.60 | | 55,381.06 |
| 06/03/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.2500% | 1270-000 | 1.89 | | 55,382.95 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 06/03/10 | 000023 | Wire out to BNYM account 000194142965 | Wire out to BNYM account 000194142965 | 9999-000 | | 55,382.95 | 0.00 |
| | | | Wire out to BNYM account 000194142965 | | | | |

| | | | | Page Subtotals | 960.19 | 205,346.41 | |

Ver: 16.06b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-13907  -MG | |
| Case Name: | King, Kenneth Shihai | |
| | King, Yien Koo | |
| Taxpayer ID No: | *******4403 | |
| For Period Ending: | 07/12/12 | |

| | |
|---|---|
| Trustee Name: | Marianne T. O'Toole, As Trustee |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2965  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,377,370.90 | 1,377,370.90 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,377,203.72 | |
| | | | Subtotal | | 1,377,370.90 | 167.18 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,377,370.90 | 167.18 | |

Page Subtotals                    0.00                    0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13907 -MG | | Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|---|---|---|
| Case Name: | King, Kenneth Shihai | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | King, Yien Koo | | Account Number / CD #: | *******2966  Checking Account |
| Taxpayer ID No: | *******4403 | | | |
| For Period Ending: | 07/12/12 | | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/08 | | From Acct #*******2965 | Pursuant to Proposed Interim Distribution Orders | 9999-000 | 119,046.36 | | 119,046.36 |
| 12/18/08 | 000101 | SILVERMAN ACAMPORA LLP 100 Jericho Quadrangle Suite 300 Jericho, NY  11753 | Pursuant to Interim Compensation Order dated December 17, 2008 | 3210-000 | | 53,248.77 | 65,797.59 |
| 12/18/08 | 000102 | SILVERMAN ACAMPORA LLP 100 Jericho Quadrangle Suite 300 Jericho, NY  11753 | Pursuant to Interim Order Dated December 17, 2008 | 3220-000 | | 5,039.34 | 60,758.25 |
| 12/23/08 | | From Acct #*******2965 | For Interim Distributions Pursuant to Order dated December 23, 2008 | 9999-000 | 975,000.00 | | 1,035,758.25 |
| 12/27/08 | 000103 | Phillips Nizer LLP Attn:  Martin Levine 666 Fifth Avenue New York, NY  10103 | Pursuant to 12/23/08 Order Authroizing Interim Distribution  to Unsecureds | 7100-000 | | 575,000.00 | 460,758.25 |
| 12/27/08 | 000104 | Office of the United States Trustee (ADMINISTRATIVE) 33 Whitehall Street 21st Floor New York, NY  10004 | Pursuant to 12/19/2008 Order Authorizing Fist Interim Distribution | 2950-000 | | 400.00 | 460,358.25 |
| 12/27/08 | 000105 | MCLAUGHLIN & STERN, LLP attn:  Steven J. Hyman, Esq. 260 MADISON AVENUE NEW YORK, NY  10016-2404 | Pursuant to 12/23/2008 Order | 7100-000 | | 100,000.00 | 360,358.25 |
| 12/27/08 | 000106 | The Law Firm of Hugh H. Mo, P.C. 225 Broadway, Suite #2702 New York, NY  10007 | Pursuant to Interim Distribution Order dated 12/23/2008 | 7100-000 | | 200,000.00 | 160,358.25 |
| 12/27/08 | 000107 | GIBSON, DUNN & CRUTCHER LLP C/O JANET WEISS, ESQ. | Pursuant to Interim Distribution Order Dated 12/23/2008 | 7100-000 | | 100,000.00 | 60,358.25 |

Page Subtotals     1,094,046.36     1,033,688.11

Page:  8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13907 -MG |
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |
| Taxpayer ID No: | *******4403 |
| For Period Ending: | 07/12/12 |

| Trustee Name: | Marianne T. O'Toole, As Trustee |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2966  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 200 PARK AVENUE NEW YORK, NY  10166 | | | | | |
| 12/27/08 | 000108 | David R. Maltz & Co., Inc. 155 Terminal Drive Plainview, NY  11803 | Per 12/19/2008 Order authoirzing payment to Auctioneer/Broker | 3610-000 | | 55,000.00 | 5,358.25 |
| 12/27/08 | 000109 | David R. Maltz & Co., Inc. 155 Terminal Drive Plainview, NY  11803 | Per 12/19/2008 Order authorizing payment to Auctioneer/Broker | 3620-000 | | 5,358.25 | 0.00 |
| 01/07/09 | | From Acct #*******2965 | Per January 6, 2008 Order Awarding Interim Commissions to Trustee  Less 10% holdback and commissions on payment of Duffy & Atkins | 9999-000 | 50,366.92 | | 50,366.92 |
| 01/08/09 | 000110 | Marianne T. O'Toole, Chapter 7 Trustee 20 Valley Road Suite 1 Katonah, NY  10536 | First Interim Compensation pursuant to Amended Order dated January 6, 2009 | 2100-000 | | 50,366.92 | 0.00 |
| 02/01/09 | | From Acct #*******2965 | Pursuant to Order dated January 29, 2009 granting Duffy & Atkins Final Fee Application Pursuant to Order dated January 29, 2009 granting Duffy & Atkins Final Fee Applic | 9999-000 | 27,444.03 | | 27,444.03 |
| 02/01/09 | 000111 | Duffy & Atkins LLP Seven Penn Plaza, Suite 420 New York, NY  10001 | Pursuant to Order dated January 29, 2009 granting Duffy & Atkins Final Fee Application | 6990-000 | | 27,444.03 | 0.00 |
| 04/26/10 | 54 | Plummer & Plummer, Attorneys at Law Escrow Management Account 77 Arkay Drive Hauppauge, NY  11788 | Pursuant to Order dated April 15 entered in Main case and 08-01386 DEPOSIT CHECK #2164 | 1129-000 | 25,000.00 | | 25,000.00 |
| 04/26/10 | 55 | Plummer & Plummer, Attorneys at Law Escrow Management Account 77 Arkay Drive | Pursuant to April 15, 2010 Order Resolving Trustee's Adv. 08-01264 (MG) DEPOSIT CHECK #2165 | 1129-000 | 200,000.00 | | 225,000.00 |

Page Subtotals       302,810.95       138,169.20

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

Ver: 16.06b

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-13907 -MG |
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |
| Taxpayer ID No: | *******4403 |
| For Period Ending: | 07/12/12 |

| | |
|---|---|
| Trustee Name: | Marianne T. O'Toole, As Trustee |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2966  Checking Account |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Hauppauge, NY  11788 | | | | | |
| 04/26/10 | | From Acct #*******2965 | To make distributions authorized by April 15, 2010 Orders | 9999-000 | 149,963.46 | | 374,963.46 |
| 04/26/10 | 000112 | Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY  10103 | Interim Distribution to Philip Nizer Pursuant to April 21, 2010 | 7100-000 | | 140,000.00 | 234,963.46 |
| 04/26/10 | 000113 | GIBSON, DUNN & CRUTCHER LLP<br>C/O JANET WEISS, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY  10166 | Interim Distribution to Gibson Dunn pursuant to April 21, 2010 Order | 7100-000 | | 185,000.00 | 49,963.46 |
| 04/26/10 | 000114 | SILVERMANACAMPORA LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY  11753 | Second Interim to Trustee's Counsel Fees Pursuant to April 21, 2010 Order | 3210-000 | | 39,421.12 | 10,542.34 |
| 04/26/10 | 000115 | SILVERMAN ACAMPORA LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY  11753 | Second Interim to Trustee's Counsel for Expenses pursuant to Order dated April 21, 2010 | 3220-000 | | 684.49 | 9,857.85 |
| 04/28/10 | 000116 | Marianne T. O'Toole, Chapter 7  Trustee<br>20 Valley Road<br>Suite One<br>Katonah, NY  10536 | Second Interim Trustee Compensation Pursuant to Order dated April 21, 2010 | 2100-000 | | 9,857.85 | 0.00 |

Page Subtotals          149,963.46          374,963.46

Ver: 16.06b

Page:    10

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-13907  -MG |
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |
| Taxpayer ID No: | *******4403 |
| For Period Ending: | 07/12/12 |

| | |
|---|---|
| Trustee Name: | Marianne T. O'Toole, As Trustee |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2966  Checking Account |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,546,820.77 | 1,546,820.77 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 1,321,820.77 | 0.00 | |
| | | | Subtotal | | 225,000.00 | 1,546,820.77 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 225,000.00 | 1,546,820.77 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Page:    11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13907  -MG |
|---|---|
| Case Name: | King, Kenneth Shihai |
| | King, Yien Koo |
| Taxpayer ID No: | *******4403 |
| For Period Ending: | 07/12/12 |

| Trustee Name: | Marianne T. O'Toole, As Trustee |
|---|---|
| Bank Name: | Capital One |
| Account Number / CD #: | *******3162  Money Market Account |
| Blanket Bond (per case limit): | $ 93,810,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/11 | | Transfer from Acct #*******2965 | Bank Funds Transfer | 9999-000 | 55,350.44 | | 55,350.44 |
| 09/30/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 2.67 | | 55,353.11 |
| 10/31/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 3.76 | | 55,356.87 |
| 11/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 3.64 | | 55,360.51 |
| 12/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 3.76 | | 55,364.27 |
| 01/04/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 55,364.63 |
| 01/04/12 | | Transfer to Acct #*******3170 | Bank Funds Transfer | 9999-000 | | 55,364.63 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 55,364.63 | 55,364.63 | 0.00 |
| Less:  Bank Transfers/CD's | | 55,350.44 | 55,364.63 | |
| Subtotal | | 14.19 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 14.19 | 0.00 | |

| Page Subtotals | 55,364.63 | 55,364.63 |
|---|---|---|

Ver: 16.06b

Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-13907 -MG | |
| Case Name: | King, Kenneth Shihai | |
| | King, Yien Koo | |
| Taxpayer ID No: | *******4403 | |
| For Period Ending: | 07/12/12 | |

| | | |
|---|---|---|
| Trustee Name: | Marianne T. O'Toole, As Trustee | |
| Bank Name: | Capital One | |
| Account Number / CD #: | *******3170  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 93,810,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/12 | | Transfer from Acct #*******3162 | Bank Funds Transfer | 9999-000 | 55,364.63 | | 55,364.63 |
| 01/10/12 | 001001 | Marianne T. O'Toole, Trustee | Chapter 7 Compensation/Fees | 2100-000 | | 11,097.79 | 44,266.84 |
| | | 22 Valley Road | | | | | |
| | | Katonah, NY  10536 | | | | | |
| 01/10/12 | 001002 | Marianne T. O'Toole, Trustee | Chapter 7 Expenses | 2200-000 | | 339.51 | 43,927.33 |
| | | 22 Valley Road | | | | | |
| | | Katonah, NY  10536 | | | | | |
| 01/10/12 | 001003 | CLERK OF THE COURT | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 43,677.33 |
| | | U.S. BANKRUPTCY COURT | | | | | |
| | | 300 QUARROPAS STREET | | | | | |
| | | WHITE PLAINS, NY  10601 | | | | | |
| 01/10/12 | 001004 | Paritz & Company | Accountant for Trustee Fees (Other | 3410-000 | | 250.00 | 43,427.33 |
| | | Attn:  Brian Serotta, CPA | | | | | |
| | | 15 Warren Street | | | | | |
| | | Hackensack, NJ  07601 | | | | | |
| 01/10/12 | 001005 | SILVERMANACAMPORA LLP | Claim __231, Payment 11.73% | 3210-000 | | 12,318.21 | 31,109.12 |
| | | 100 Jericho Quadrangle | | | | | |
| | | Suite 300 | | | | | |
| | | Jericho, NY  11753 | | | | | |
| 01/10/12 | 001006 | SILVERMAN ACAMPORA LLP | Claim __232, Payment 1.63% | 3220-000 | | 94.76 | 31,014.36 |
| | | 100 Jericho Quadrangle | | | | | |
| | | Suite 300 | | | | | |
| | | Jericho, NY  11753 | | | | | |
| *  01/10/12 | 001007 | Ethel Griffin and Andrew Wang | Claim 6, Payment 0.11% | 7200-003 | | 28,558.34 | 2,456.02 |
| | | c/o Backenroth Frankel & Krinsky, LLP | | | | | |
| | | 489 5th Ave | | | | | |
| | | New York, NY  10017 | | | | | |
| *  01/10/12 | 001008 | SK WANG AND ANDREW WANG | Claim 7, Payment 0.11% | 7200-003 | | 2,456.02 | 0.00 |
| | | c/o Backenroth Frankel & Krinsky, LLP | | | | | |

| | | | Page Subtotals | | 55,364.63 | 55,364.63 | |

Ver: 16.06b

Page:    13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        07-13907 -MG
Case Name:    King, Kenneth Shihai
                    King, Yien Koo

Taxpayer ID No:    *******4403
For Period Ending:  07/12/12

Trustee Name:    Marianne T. O'Toole, As Trustee
Bank Name:      Capital One
Account Number / CD #:    *******3170  Checking Account

Blanket Bond (per case limit):   $ 93,810,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/19/12 | 001007 | 489 5th Avenue New York, NY  10017 Ethel Griffin and Andrew Wang c/o Backenroth Frankel & Krinsky, LLP 489 5th Ave New York, NY  10017 | Claim 6, Payment 0.11% | 7200-003 | | -28,558.34 | 28,558.34 |
| * 06/19/12 | 001008 | SK WANG AND ANDREW WANG c/o Backenroth Frankel & Krinsky, LLP 489 5th Avenue New York, NY  10017 | Claim 7, Payment 0.11% | 7200-003 | | -2,456.02 | 31,014.36 |
| 07/03/12 | 001009 | CLERK OF THE COURT U.S. Bankruptcy Court One Bowling Green New York, NY 10004-1408 | Unclaimed Funds | 7200-000 | | 28,558.34 | 2,456.02 |
| 07/03/12 | 001010 | CLERK OF THE COURT U.S. Bankruptcy Court One Bowling Green New York, NY 10004-1408 | Unclaimed Funds | 7200-000 | | 2,456.02 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| COLUMN TOTALS | | 55,364.63 | 55,364.63 | 0.00 |
| Less:  Bank Transfers/CD's | | 55,364.63 | 0.00 | |
| Subtotal | | 0.00 | 55,364.63 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 55,364.63 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******2965 | 47.90 | 80.41 | 0.00 |
| Checking Account - *******2966 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******2965 | 1,377,370.90 | 167.18 | 0.00 |
| Checking Account - *******2966 | 225,000.00 | 1,546,820.77 | 0.00 |
| Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-13907  -MG | Trustee Name: | Marianne T. O'Toole, As Trustee |
| Case Name: | King, Kenneth Shihai | Bank Name: | Capital One |
| | King, Yien Koo | Account Number / CD #: | *******3170  Checking Account |
| Taxpayer ID No: | *******4403 | | |
| For Period Ending: | 07/12/12 | Blanket Bond (per case limit): | $ 93,810,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - *******3162 | | 14.19 | 0.00 | 0.00 |
| | | | Checking Account - ********3170 | | 0.00 | 55,364.63 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 1,602,432.99 | 1,602,432.99 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 16.06b